[No. 60956-4-I.   Division One.   November 17, 2008.]

*In the Matter of the Adoption of* T.A.C. ET AL.

ADOPTION ASSISTANCE AND HOMESTUDY SERVICES, *Respondent*, v. ANGELA GLASSBURN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-5-01992-9, Jim Rogers, J., entered November 1, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Agid, JJ.

[No. 60959-9-I.   Division One.   November 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW JAMES KORZELIUS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-00575-1, Kenneth L. Cowsert, J., entered December 4, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60966-1-I.   Division One.   November 17, 2008.]

MARIANNE BLUMHOFF, *Appellant*, v. TUKWILA SCHOOL DISTRICT No. 406, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-27351-6, Steven C. Gonzalez, J., entered November 16, 2007. *Affirmed* by unpublished opinion per Leach, J., concurred in by Agid and Becker, JJ.

[No. 61048-1-I.   Division One.   November 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS ROBERTO DAVID, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01094-1, Larry E. McKeeman, J., entered December 20, 2007. *Affirmed* by unpublished per curiam opinion.